| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **FREEDMAN & TAITELMAN LLP**<br>BRYAN J. FREEDMAN (SBN 151990)<br>e-mail: bfreedman@ftllp.com<br>MATTHEW. VOSS (198728)<br>1901 Avenue of the Stars, Suite 500<br>Los Angeles, California 90067<br>Telephone: (310) 201-0005<br>Facsimile: (310) 201-0045 |
| 6<br>7<br>8<br>9<br>10 | **DOLL AMIR & ELEY LLP**<br>GREGORY L. DOLL (SBN 193205)<br>e-mail: gdoll@dollamir.com<br>MICHAEL M. AMIR (SBN 204291)<br>e-mail: mamir@dollamir.com<br>1888 Century Park East, Suite 1106<br>Los Angeles, California 90067<br>Telephone: (310) 557-9100<br>Facsimile: (310) 557-9101 |
| 11 | Attorneys for Defendant<br>MARIO LAVANDEIRA dba Perez Hilton |

ORIGINAL

FILED 2007 DEC 17 PM 5:21 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. CV 06-07608 VBF (JCx)<br><br>**DECLARATION OF MARIO LAVANDEIRA FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   January 21, 2008<br>Time:  1:30 p.m.<br>Room:  9 |

# DECLARATION OF MARIO LAVANDEIRA

I, Mario Lavandeira, declare as follows:

1. I have personal knowledge of the facts set forth herein, and, if called as a witness to do so, could and would testify competently thereto.

2. Plaintiff X17, Inc. ("X17") has filed the current lawsuit against me individually and doing business as "Perez Hilton."

***("Perezhilton.com" is a news-reporting website)***

3. At all times relevant to this declaration, I have operated the website http://www.perezhiltoncom (the "Website").

4. On the Website, I report news regarding current celebrity actions and events. As part of my reporting, I post photographs that depict particular newsworthy events.

***(The photographs on the website are obtained from public sources and have all been previously published)***

5. I obtain the photographs that I use on the Website from various other websites that are publicly accessible. In all instances, the photographs have been previously published.

***(The transformative nature of the photographs)***

6. The photographs that I post on the Website are qualitatively different from the copies that I originally obtain from public sources. For instance, the photographs on the Website are always accompanied by text that reports on the events. Indeed, as part of my reporting, I often draw and place commentary directly on the photographs. In addition, I do not generally use the entire photograph; rather, I select certain portions that I believe are newsworthy. Many times, I flip the photograph. The quality (*e.g.*, the resolution) of the photographs on the Website also is not high and, accordingly, the photographs are not well suited for copying by others.

*(I Am Not In The Business Of Licensing Photographs To Media Companies)*

7. I do not (either individually or doing business as Perez Hilton) license or sell photographs to media companies, such as magazines, newspapers, and television stations, nor have I done so at any time.

Executed this 17th day of December, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Mario Lavandeira