Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@turnergreen.com
Chris Arledge (Bar No. 200767)
Email: carledge@turnergreen.com
John Tehranian (Bar No. 211616)
Email: jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:  (714) 434-8750
Facsimile:   (714) 434-8756

Attorneys for Plaintiff X17, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  CV 06-07608-VBF (JCx)<br><br>**OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO TIMELY AND PROPERLY FILE**<br><br>Hearing Date:    January 28, 2008<br>Time:                   1:30 p.m.<br>Courtroom:         9 |

X17, Inc. ("X17"), by and through its attorneys of record, and without waiving its right to file an Opposition at the appropriate time, objects to Defendant Mario Lavandeira's Motion for Summary Judgment on the grounds that the document was not timely and properly filed and respectfully requests that this Court issue an order rejecting it based thereon.

Under this Court's Scheduling Order dated June 18, 2007, all motions in this case must be timely and properly filed by December 17, 2007.  Furthermore, pursuant to this Court's General Orders 07-08, all documents in copyright infringement suits (such as the instant case) *must* be filed electronically beginning November 1, 2007.  As District Court Executive and Clerk of the Court Sherri R. Carter made clear to all counsel in a letter dated

August 15, 2007 (a true and correct copy of which is attached as Exhibit A), "Effective November 1, 2007, the Court is expanding its *mandatory* electronic case filing (ECF) program to include all patent, trademark and copyright cases."  (Letter from Sherri R. Carter, August 15, 2007, Exhibit A) (emphasis added).  As the Court's website also unequivocally dictates, electronic filing in all patent, copyright and trademark cases is mandatory.  Moreover, all attorneys of record in this district handling such cases were required to obtain appropriate training and register as ECF users "as soon as practicable but no later than ten days after notification that the case is subject to electronic filing."  C. D. Cal. General Order No. 07-08 IV.A, dated October 1, 2007.

Defendant's Motion for Summary Judgment was not filed electronically by December 17, 2007, as required by this Court's rules.  Instead, it was filed by hand—a fact made plain by its failure to be entered until December 21, 2007.  Moreover, counsel for Lavandeira does not appear to have yet signed up to file electronically, a fact made plain when Plaintiff's counsel electronically filed its most recent Motion and it was not automatically served through the Court's ECF system on opposing counsel.

This Court has already adopted a strict construction of its rules in this case, disallowing, based on an exacting interpretation of this Court's Scheduling Order, Plaintiff's Motion to Compel just days ago on the grounds that it was not filed on a timely basis.  (*See* Magistrate Judge Chooljian's Minutes Order of December 18, 2007 denying as untimely X17's Motion to Compel Production of Documents).  Defendant should be treated no differently than Plaintiff in this regard.

As this Local Rule 7-12 provides, "the failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Local Rule 7-12.  As such, X17 respectfully requests an order rejecting Defendant's Motion for Summary Judgment on the grounds that it was not timely and properly filed according to this Court's rules.

Dated:  December __, 2007        **TURNER GREEN AFRASIABI & ARLEDGE LLP**

                                 By:   /s/ John Tehranian
                                       John Tehranian
                                 Attorneys for Plaintiff, X17, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on December 26th, 2007, I caused to be electronically filed the foregoing **RESPONSE IN OPPOSITION TO MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan Freedman, Esq.
Freedman & Taitelman LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067-6007
*Co-Counsel for Defendant Mario Lavandeira*

Gregory Doll, Esq.
Michael Amir, Esq.
Doll Amir & Eley LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067

*Co-Counsel for Defendant Mario Lavandeira*

/s/ John Tehranian

12488.1

**OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**