1   **FREEDMAN & TAITELMAN LLP**
    BRYAN J. FREEDMAN (SBN 151990)
2   e-mail:  bfreedman@ftllp.com
    1901 Avenue of the Stars, Suite 500
3   Los Angeles, California 90067
    Telephone: (310) 201-0005
4   Fax: (310) 201-0045

5   **DOLL AMIR & ELEY LLP**
    GREGORY L. DOLL (SBN 193205)
6   e-mail:  gdoll@dollamir.com
    MICHAEL M. AMIR (SBN 204291)
7   e-mail:  mamir@dollamir.com
    1888 Century Park East, Suite 1106
8   Los Angeles, California  90067
    Telephone: (310) 557-9100
9   Fax: (310) 557-9101

10  Attorneys for Defendant
    MARIO LAVANDEIRA dba Perez Hilton

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  X17, INC., a California corporation,      CASE NO.  CV 06-07608 GAF (JCx)

16               Plaintiff,               **AMENDED ANSWER TO FIRST**
                                          **AMENDED COMPLAINT; DEMAND**
17          vs.                           **FOR JURY TRIAL**

18  MARIO LAVANDEIRA, dba Perez
    Hilton, and DOES 1 through 10,
19  inclusive,

20               Defendants.

21        Defendant Mario Lavanderia, dba Perez Hilton, ("Defendant"), for himself and

22  no other individuals or entities, by and through his attorneys of record, Freedman &

23  Taitelman, LLP and Doll Amir & Eley, LLP, as and for his amended answer to the

24  First Amended Complaint ("FAC") filed by Plaintiff, hereinafter admits or denies the

25  allegations of the FAC as follows:[1]

26

27

28  [1]   Defendant is filing this answer pursuant to the parties' stipulation and the Court's January,
          9, 2008 order regarding amendment to the answer.

---

1     1.   Admits the allegation that Plaintiff, by and through its FAC, purportedly
2  seeks damages and injunctive relief against Defendant for copyright infringement in
3  violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.*; however,
4  Defendant denies that any such infringement occurred or that any such injunctive
5  relief or damages are warranted in this case.

6     2.   Avers that no response is required to paragraph 2 of the FAC insofar as it
7  merely asserts a legal conclusion.

8     3.   Admits the allegation contained in paragraph 3 of the FAC that the
9  Defendant may be subject to the personal jurisdiction of the Court insofar as he
10  resides in this Judicial District and may be found and transacts business in this
11  Judicial District.  Defendant denies the remaining allegations contained in paragraph
12  3 of the FAC.

13     4.   Lacks knowledge or information sufficient to form a belief as to the truth
14  of the allegations contained in paragraph 4 of the FAC, and, on that basis, denies
15  them.

16     5.   Denies the allegations contained in paragraph 5 of the FAC, except admits
17  that Defendant is an individual residing in California, does business under the name
18  Perez Hilton and operates an Internet website located at http://www.perezhilton.com.

19     6.   Lacks knowledge or information sufficient to form a belief as to the truth
20  of the allegations contained in paragraph 6 of the FAC, and on that basis denies them.

21     7.   Lacks knowledge or information sufficient to form a belief as to the truth
22  of the allegations contained in paragraph 7 of the FAC, and, on that basis, denies
23  them.

24     8.   Lacks knowledge or information sufficient to form a belief as to the truth
25  of the allegations contained in paragraph 8 of the FAC, and, on that basis, denies
26  them.

27

28

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

9.   Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the FAC, and, on that basis, denies them.

10.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the FAC, and, on that basis denies them.

11.  Denies the allegations contained in paragraph 11 of the FAC, except admits that Defendant operates the website http://www.perezhilton.com, a news reporting website which, among other things, provides satirical commentary on current celebrity-related news written and composed by Defendant, and which generates advertising revenue.

12.  Denies the allegations contained in paragraph 12 of the FAC.

13.  Denies the allegations contained in paragraph 13 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Katie Homes on his website on this particular date.

14.  Denies the allegations contained in paragraph 14 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Britney Spears on his website on this particular date.

15.  Denies the allegations contained in paragraph 15 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Jessica Simpson on this particular date.

16.  Denies the allegations contained in paragraph 16 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image Heather Locklear on this particular date.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

17.  Denies the allegations contained in paragraph 17 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Kevin Federline on this particular date.

18.  Denies the allegations contained in paragraph 18 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Britney Spears on this particular date.

19.  Denies the allegations contained in paragraph 19 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Britney Spears on this particular date.

20.  Denies the allegations contained in paragraph 20 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Tom Cruise and Katie Homes on this particular date.

21.  Denies the allegations contained in paragraph 21 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, a\ and that Defendant may have posted an image of Britney Spears on this particular date.

22.  Denies the allegations contained in paragraph 22 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Katie Homes on this particular date.

23.  Denies the allegations contained in paragraph 23 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Kevin Federline on this particular date.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1   24.  Denies the allegations contained in paragraph 24 of the FAC except
2   admits that he operates a news reporting website that, among other things, provides
3   satirical commentary on current celebrity-related news, and that Defendant may have
4   posted images of Mischa Barton on this particular date.

5   25.  Denies the allegations contained in paragraph 25 of the FAC except
6   admits that he operates a news reporting website that, among other things, provides
7   satirical commentary on current celebrity-related news, and that Defendant may have
8   posted an image of Nicole Kidman on this particular date.

9   26.  Denies the allegations contained in paragraph 26 of the FAC except
10  admits that he operates a news reporting website that, among other things, provides
11  satirical commentary on current celebrity-related news, and that Defendant may have
12  posted images of Christina Aguilera on this particular date.

13  27.  Denies the allegations contained in paragraph 27 of the FAC except
14  admits that he operates a news reporting website that, among other things, provides
15  satirical commentary on current celebrity-related news, and that Defendant may have
16  posted an image of Ryan Phillipe on this particular date.

17  28.  Denies the allegations contained in paragraph 28 of the FAC except
18  admits that he operates a news reporting website that, among other things, provides
19  satirical commentary on current celebrity-related news, and that Defendant may have
20  posted image of Cameron Diaz on this particular date.

21  29.  Denies the allegations contained in paragraph 29 of the FAC except
22  admits that he operates a news reporting website that, among other things, provides
23  satirical commentary on current celebrity-related news, and that Defendant may have
24  posted an image of Cameron Diaz on this particular date.

25  30.  Denies the allegations contained in paragraph 30 of the FAC except
26  admits that he operates a news reporting website that, among other things, provides
27  satirical commentary on current celebrity-related news, and that Defendant may have
28  posted an image of Tom Cruise and Katie Homes on this particular date.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

31.  Denies the allegations contained in paragraph 31 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Kevin Federline on this particular date.

32.  Denies the allegations contained in paragraph 32 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Jessica Simpson on this particular date.

33.  Denies the allegations contained in paragraph 33 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Britney Spears on this particular date.

34.  Denies the allegations contained in paragraph 34 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Britney Spears on this particular date.

35.  Denies the allegations contained in paragraph 35 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Britney Spears on this particular date.

36.  Denies the allegations contained in paragraph 36 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Nicole Richie on this particular date.

37.  Denies the allegations contained in paragraph 37 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Britney Spears on this particular date.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

38.   Denies the allegations contained in paragraph 38 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Britney Spears on this particular date.

39.   Denies the allegations contained in paragraph 39 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Britney Spears on this particular date.

40.   Denies the allegations contained in paragraph 40 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Kevin Federline on this particular date.

41.   Denies the allegations contained in paragraph 41 except admits that Plaintiff filed a complaint on or about November 30, 2006.

42.   Denies the allegations contained in paragraph 42 of the FAC.

43.   Denies the allegations contained in paragraph 43 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Britney Spears on this particular date.

44.   Denies the allegations contained in paragraph 44 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Britney Spears on this particular date.

45.   Denies the allegations contained in paragraph 45 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Jennifer Garner on this particular date.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1    46.  Denies the allegations contained in paragraph 46 of the FAC except
2  admits that he operates a news reporting website that, among other things, provides
3  satirical commentary on current celebrity-related news, and that Defendant may have
4  posted images of Nicole Richie and Joel Madden on this particular date.

5    47.  Denies the allegations contained in paragraph 47 of the FAC except
6  admits that he operates a news reporting website that, among other things, provides
7  satirical commentary on current celebrity-related news, and that Defendant may have
8  posted images of Britney Spears on this particular date.

9    48.  Denies the allegations contained in paragraph 48 of the FAC except
10 admits that he operates a news reporting website that, among other things, provides
11 satirical commentary on current celebrity-related news, and that Defendant may have
12 posted images of Britney Spears on this particular date.

13   49.  Denies the allegations contained in paragraph 49 of the FAC except
14 admits that he operates a news reporting website that, among other things, provides
15 satirical commentary on current celebrity-related news, and that Defendant may have
16 posted images of Jennifer Garner on this particular date.

17   50.  Denies the allegations contained in paragraph 50 of the FAC except
18 admits that he operates a news reporting website that, among other things, provides
19 satirical commentary on current celebrity-related news, and that Defendant may have
20 posted images of Katie Holmes on this particular date.

21   51.  Denies the allegations contained in paragraph 51 of the FAC except
22 admits that he operates a news reporting website that, among other things, provides
23 satirical commentary on current celebrity-related news, and that Defendant may have
24 posted images of Britney Spears on this particular date.

25   52.  Denies the allegations contained in paragraph 52 of the FAC except
26 admits that he operates a news reporting website that, among other things, provides
27 satirical commentary on current celebrity-related news, and that Defendant may have
28 posted images of Lindsay Lohan on this particular date.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

53.  Denies the allegations contained in paragraph 53 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Lindsay Lohan on this particular date.

54.  Denies the allegations contained in paragraph 54 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Nicole Ritchie on this particular date.

55.  Denies the allegations contained in paragraph 55 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Kirsten Dunst on this particular date.

56.  Denies the allegations contained in paragraph 56 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Jennifer Garner on this particular date.

57.  Denies the allegations contained in paragraph 57 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted images of Christina Aguilera and her husband on this particular date.

58.  Denies the allegations contained in paragraph 58 of the FAC except admits that he operates a news reporting website that, among other things, provides satirical commentary on current celebrity-related news, and that Defendant may have posted an image of Lindsay Lohan on this particular date.

59.  Denies the allegations contained in paragraph 59 of the FAC.

60.  Denies the allegations contained in paragraph 60 of the FAC.

61.  Denies the allegations contained in paragraph 61 of the FAC.

62.  Denies the allegations contained in paragraph 62 of the FAC.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

63.  Defendant repeats and realleges each and every response to paragraphs 1 through 62 hereof as if fully set forth herein.

64.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the FAC, and, on that basis, denies them.

65.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the FAC, and, on that basis, denies them.

66.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the FAC, and, on that basis, denies them.

67.  Denies the allegations contained in paragraph 67 of the FAC.

68.  Denies the allegations contained in paragraph 68 of the FAC.

69.  Denies the allegations contained in paragraph 69 of the FAC.

70.  Denies the allegations contained in paragraph 70 of the FAC.

71.  Denies the allegations contained in paragraph 71 of the FAC, except admits that Plaintiff seeks the relief alleged therein, though Defendant denies that Plaintiff is entitled to such relief.

72.  Denies the allegations contained in paragraph 72 of the FAC, except admits that Plaintiff seeks the relief alleges therein, though Defendant denies that Plaintiff is entitled to such relief.

73.  Defendant repeats and realleges each and every response to paragraphs 1 through 72 hereof as if fully set forth herein.

74.  Denies the allegations contained in paragraph 74 of the FAC.

75.  Denies the allegations contained in paragraph 75 of the FAC.

76.  Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the FAC, and, on that basis, denies them.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

77.  Denies the allegations contained in paragraph 77 of the FAC.

78.  Denies the allegations contained in paragraph 78 of the FAC.

79.  Denies the allegations contained in paragraph 79 of the FAC.

80.  Denies the allegations contained in paragraph 80 of the FAC.

81.  Denies the allegations contained in paragraph 81 of the FAC.

82.  Denies the allegations contained in paragraph 82 of the FAC, except admits that Plaintiff seeks the relief alleged therein, though Defendant denies that Plaintiff is entitled to such relief.

## AFFIRMATIVE DEFENSES

83.  Defendant has alleged defenses as set forth below to avoid the necessity of needing to amend the Answer.  Defendant recognizes that depending upon the development of facts, some of the defenses may ultimately not be applicable.  By such pleading, Defendant also intends no alteration of the burden of proof and/or burden of going forward with the evidence that otherwise exists with respect to any particular issue at law or in equity.  Furthermore, all defenses are pleaded in the alternative, and do not constitute an admission of liability or as to whether Plaintiff is entitled to any relief whatsoever.

### FIRST AFFIRMATIVE DEFENSE

84.  The FAC fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

85.  Defendant's alleged conduct constitutes fair use.

### THIRD AFFIRMATIVE DEFENSE

86.  Plaintiff lacks standing to pursue its purported claims.

### FOURTH AFFIRMATIVE DEFENSE

87.  Defendant was authorized to engage in the allegedly conduct at issue.

### FIFTH AFFIRMATIVE DEFENSE

88.  Plaintiff has unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

11

89.  Plaintiff's alleged copyright registrations are invalid.

## SEVENTH AFFIRMATIVE DEFENSE

90.  Plaintiff's claims are barred by the statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

91.  Plaintiff's claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

92.  Plaintiff's claims are barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

93.  Plaintiff's claims are barred by the doctrine of equitable estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

94.  Plaintiff's damages or injury, if any, are the sole and direct result of forces, acts and omissions of Plaintiff or third parties independent of Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

95.  Assuming, arguendo, that Plaintiff has any protectible rights with respect to the photographs at issue, such rights were either expressly and/or impliedly licensed by Plaintiff and/or other parties to Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

96.  Assuming, arguendo, that Plaintiff has any protectible rights with respect to the photographs at issue, such rights were transferred to or owned from inception by Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

97.  The FAC fails to demonstrate any entitlement to the remedy of injunctive relief because it fails to state facts sufficient to show continuing acts, the threat of irreparable harm or a reasonable likelihood of repetition of the alleged conduct if it were in fact established to be wrongful.

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## FIFTEENTH AFFIRMATIVE DEFENSE

98.   Plaintiff is barred from recovering on the allegations of the FAC, in whole or in part, because Defendant's conduct was justified or privileged.

## SIXTEENTH AFFIRMATIVE DEFENSE

99.   Plaintiff is barred from recovering for declaratory and injunctive relief on the allegations of the FAC because Plaintiff has an adequate remedy at law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

100. Plaintiff is barred from recovering under the second claim for relief because California does not recognize such a claim.

## EIGHTEENTH AFFIRMATIVE DEFENSE

101. Plaintiff has no ownership rights to the copyrighted works.

## NINETEENTH AFFIRMATIVE DEFENSE

101. Defendant was reasonably relying on advice of counsel when he took the actions giving rise to the copyright infringement allegations in this case.

## TWENTIETH AFFIRMATIVE DEFENSE

102. Defendant alleges that he may have additional defenses or claims available to him of which he is not now aware.  Defendant reserves the right to assert additional defenses or cross-claims, counterclaims, or third-party claims as may be revealed to be appropriate through discovery or otherwise.

**WHEREFORE**, Defendant demands judgment against Plaintiff as follows:

1.     dismissing the FAC with prejudice;

2.     declaring that Plaintiff has no lawful ownership interest in the photographs at issue, nor in the copyrights therein or that Defendant's transformative use of the purportedly copyrighted photographs constitutes fair use; and

///

///

///

///

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1    3.    granting such other and further relief as this Court deems just and proper,

2   including awarding Defendant the costs, interest and attorneys fees incurred by it in

3   the defense of this action.

4   Dated:  January 11, 2008             **FREEDMAN & TAITELMAN LLP**

5

6                                        **DOLL AMIR & ELEY LLP**

7

8

9                                   By:_____

10                                       Michael M. Amir
                                         Attorneys for Defendant
11                                       MARIO LAVANDEIRA dba
                                         Perez Hilton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1

## **DEMAND FOR JURY TRIAL**

2

Defendant respectfully demands trial by jury.

3

4

Dated:  January 11, 2008          **FREEDMAN & TAITELMAN LLP**

5

6

                                  **DOLL AMIR & ELEY LLP**

7

8

9                                 By:_____

10                                    Michael M. Amir
                                      Attorneys for Defendant
11                                    MARIO LAVANDEIRA dba
                                      Perez Hilton
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I caused to be electronically filed the foregoing **AMENDED ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan Freedman, Esq.
Freedman & Taitelman, LLP
1901 Avenue of the Stars
Suite 500
Los Angeles, CA 90067

Christopher W. Arledge
John Tehranian
Turner Green Afrasiabi & Arledge LLP
535 Anton Boulevard, Suite 850
Costa Mesa, CA 92626

                                                         _____
                                                                 Michael M. Amir