# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, INC a California Corporation<br><br>PLAINTIFF(S)<br>v.<br>Mario Lavandeira dba Perez Hilton and Does t through 10 inclusive<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 06-07608 GAF (JCx)<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Defendant's Response to Plaintiff's Objection to Motion for Summary Judgment
Compendium of Exhibits to Declaration of Michael M. Amir Filed in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
    No login information required for e-filing has been issued.

12/27/07
Date

Michael M. Amir
Attorney Name

_____
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                    NOTICE OF MANUAL FILING