VOLUMINOUS FOLDER LOCATED NEXT TO FILE.

**FREEDMAN & TAITELMAN LLP**
BRYAN J. FREEDMAN (SBN 151990)
e-mail: bfreedman@ftllp.com
MATTHEW. VOSS (198728)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
e-mail: gdoll@dollamir.com
MICHAEL M. AMIR (SBN 204291)
e-mail: mamir@dollamir.com
1888 Century Park East, Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendant
MARIO LAVANDEIRA dba Perez Hilton

ORIGINAL

VOLUMINOUS FOLDER LOCATED NEXT TO FILE.

FILED 2007 DEC 17 PM 5:22

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, INC., a California corporation, | CASE NO. CV 06-07608 VBF (JCx) |
| Plaintiff, | **COMPENDIUM OF EXHIBITS TO DECLARATION OF MICHAEL M. AMIR FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive, | (EXHIBITS 1-103) |
| Defendants. | Date: January 21, 2008 |
| | Time: 1:30 p.m. |
| | Room: 9 |