Christopher W. Arledge (Bar No. 200767)
John Tehranian (Bar No. 211616)
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff X17, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT**

**WESTERN DIVISION**

X17, INC., a California corporation,

Plaintiffs,

v.

MARIO LAVANDEIRA, dba Perez Hilton and DOES 1 through 10, inclusive,

Defendants.

Case No. CV 06-7608 VBF (JCx)

**STIPULATION RE AMENDING THE SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE**

**[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]**

Whereas the parties submitted a stipulation asking this Court to move the summary judgment hearing date to February 11, 2008;

Whereas the Court granted that request but also *sua sponte* modified the briefing schedule such that Plaintiff's opposition brief would be due on January 22 and Defendant's reply brief would be due on January 29;

Whereas the new schedule would require Plaintiff to prepare its opposition brief before the parties' mediation on January 21;

Whereas the new briefing schedule presents conflicts with Plaintiff's counsel's schedule, including the filing of a Ninth Circuit brief, board of trustees meetings for a local university, and an out-of-town trip;

The parties have therefore agreed that (1) the hearing date for the summary judgment motion should be moved to February 25, 2008; (2) Plaintiff's opposition should be due February 5, 2008; and (3) Defendant's reply brief should be due February 12, 2008.

Dated: January 15, 2008

**TURNER GREEN AFRASIABI & ARLEDGE LLP**

By: ______________________
Christopher W. Arledge
Attorneys for Plaintiff, X17, Inc.

Dated: January 15, 2008

**DOLL AMIR & ELEY LLP**

By: ______________________
Michael M. Amir
Attorneys for Defendant Mario Lavandeira

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I caused to be electronically filed the foregoing **STIPULATION RE AMENDING THE SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Bryan Freedman, Esq.<br>Freedman & Taitelman, LLP<br>1901 Avenue of the Stars,<br>Suite 500<br>Los Angeles, CA 90067<br>*Attorney for Defendants Mario Lavandeira, dba Perez Hilton* | Gregory Doll, Esq.<br>Doll & Amir LLP<br>1888 Century Park East<br>Suite 1106<br>Los Angeles, California 90067<br>*Attorney for Defendants Mario Lavandeira, dba Perez Hilton* |
|---|---|

[signature]

Christopher W. Arledge