Chris Arledge (Bar No. 200767)
email:  carledge@turnergreen.com
John Tehranian (Bar No. 211616)
email:  jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:  (714) 434-8750
Facsimile:   (714) 434-8756

Attorneys for Plaintiff X17, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| X17, INC., a California corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.  CV 06-07608 VBF (JCX)<br><br>**DECLARATION OF JOHN TEHRANIAN IN SUPPORT OF MOTION TO COMPEL**<br><br>Hearing Date:   2/12/08<br>Time:                9:30 a.m.<br>Courtroom:       20<br><br>**Hearing Before Magistrate Jacqueline Chooljian**<br><br>[Notice of Motion and Motion to Compel Production and [Proposed] Order filed concurrently herewith] |

I, John Tehranian, declare as follows:

1. I am an attorney with the firm Turner Green Afrasiabi & Arledge LLP, counsel of record for Plaintiff X17, Inc. ("X17").  I am licensed to practice before this Court.  I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would testify competently thereto.

12606.1

1

**DECLARATION OF JOHN TEHRANIAN**

2.   On or about January 17, 2008, I met and conferred with Michael Amir, counsel for Defendant Mario Lavandeira, regarding this motion.

3.   To date, it is unclear whether documents related to Lavandeira's advice of counsel defense exist.  We have received none.  Since we have not yet received any sworn statement that such documents do not exist and, in light of court deadlines, we are bringing this motion to compel.

I declare that the foregoing is true under penalty of perjury under the laws of the United States of America.  Executed this 21st day of January, 2008.

          /s/ John Tehranian
            John Tehranian

12606.1

2

**DECLARATION OF JOHN TEHRANIAN**