1 | Chris Arledge (Bar No. 200767)
  | email: carledge@turnergreen.com
2 | John Tehranian (Bar No. 211616)
  | email: jtehranian@turnergreen.com
3 | TURNER GREEN AFRASIABI & ARLEDGE LLP
  | 535 Anton Boulevard, Suite 850
4 | Costa Mesa, California 92626
  | Telephone: (714) 434-8750
5 | Facsimile: (714) 434-8756

6 | Attorneys for Plaintiff X17, Inc.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **WESTERN DIVISION**

11 | X17, INC., a California corporation, | Case No. CV 06-07608 VBF (JCX)

12 | Plaintiffs,

13 | v. | **[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS**

14 | MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,

15 | | Hearing Date: 02/12/08
   | | Time: 9:30 a.m.
16 | Defendants. | Courtroom: 20

17 | | **Hearing Before Magistrate Jacqueline Chooljian**

18 |
19 | | [Notice of Motion and Motion to Compel Production and Declaration of John Tehranian filed concurrently herewith]
20 |

21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

12607.1

**[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS**

1       The Court, having considered the filings and all arguments made by the parties,
2   orders as follows:
3       Defendant Mario Lavandeira must produce all documents supporting his advice of
4   counsel defense—including any cease-and-desist letters send by Defendant, his agents, or
5   lawyers to third parties that attempt to assert any intellectual property rights (including
6   trademark, copyright, and the right of publicity)—within 10 days of entry of this Order.
7
8   Dated:_____                    _____
9                           United States Magistrate Judge