Peter Afrasiabi (Bar No. 193336)
email:  pafrasiabi@turnergreen.com
Chris Arledge (Bar No. 200767)
email:  carledge@turnergreen.com
John Tehranian (Bar No. 211616)
email:  jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:  (714) 434-8750
Facsimile:   (714) 434-8756

Attorneys for Plaintiff X17, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| X17, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  CV 06-07608 VBF (JCX)<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR STAY** |

The parties have reached settlement in the above-captioned case and are in the process of finalizing documentation thereto.  According, the parties jointly request that the case and all relevant dates and hearings be stayed, pending final documentation when the appropriate dismissals will be filed.

Dated: January 25th, 2008        **TURNER GREEN AFRASIABI & ARLEDGE LLP**


                                By:    By:/s/ John Tehranian
                                       John Tehranian
                                       Attorneys for Plaintiff X17, Inc.

12638.1

1

**NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

| | | |
|---|---|---|
| 1 | Dated: January 25th, 2008 | **DOLL AMIR & ELEY LLP** |

Dated: January 25th, 2008              **DOLL AMIR & ELEY LLP**

                                       By:     By:/s/ Michael Amir
                                               Michael Amir
                                               Attorneys for Defendant Mario Lavandeira

    IT IS SO ORDERED

Dated: January   , 2008                _____
                                               The Honorable Valerie Baker Fairbank

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be electronically filed the foregoing **NOTICE OF SETTLEMENT AND JOINT REQUEST FOR STAY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Bryan Freedman, Esq.<br>Freedman & Taitelman, LLP<br>1901 Avenue of the Stars,<br>Suite 500<br>Los Angeles, CA 90067<br>*Attorney for Defendants Mario Lavandeira, dba Perez Hilton* | Gregory Doll, Esq.<br>Michael Amir, Esq.<br>Doll & Amir LLP<br>1888 Century Park East<br>Suite 1106<br>Los Angeles, California  90067<br>*Attorney for Defendants Mario Lavandeira, dba Perez Hilton* |

By:/s/ John Tehranian

John Tehranian

12638.1

3

**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR STAY**