**SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 06-7608-VBF(JCx)**                                    Dated: **March 17, 2008**

Title:        X17, Inc. -v- Mario Lavandeira, dba Perez Hilton

---

PRESENT:    HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | Gary George |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present


**PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL**

  Case called and no appearances made.  The Court, pursuant to the Notice of Settlement and Joint Request for Stay filed January 25, 2008, the Court dismisses the case.

  **IT IS SO ORDERED.**