Peter Afrasiabi (Bar No. 193336)
email: pafrasiabi@turnergreen.com
Chris Arledge (Bar No. 200767)
email: carledge@turnergreen.com
John Tehranian (Bar No. 211616)
email: jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff X17, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| X17, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 06-07608 VBF (JCX)<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING DISMISSING WITHOUT PREJUDICE** |

The Court, having considered the Stipulation Re Dismissal Without Prejudice, hereby orders as follows:

This case is dismissed without prejudice, and, accordingly, the Order to Show Cause, set for a hearing on April 28, 2008 at 8:30 a.m., is taken off calendar.

Dated: April   , 2008            _____

The Honorable Valerie Baker Fairbank

13008.1

**[PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE**