FILED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Peter Afrasiabi (Bar No. 193336)
email: pafrasiabi@turnergreen.com
Chris Arledge (Bar No. 200767)
email: carledge@turnergreen.com
John Tehranian (Bar No. 211616)
email: jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff X17, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

X17, INC., a California corporation,

  Plaintiffs,

v.

MARIO LAVANDEIRA, dba Perez Hilton, and DOES 1 through 10, inclusive,

  Defendants.

Case No. CV 06-07608 VBF (JCX)

[PROPOSED] ORDER ON STIPULATION REGARDING DISMISSING WITHOUT PREJUDICE

The Court, having considered the Stipulation Re Dismissal Without Prejudice, hereby orders as follows:

This case is dismissed without prejudice, and, accordingly, the Order to Show Cause, set for a hearing on April 28, 2008 at 8:30 a.m., is taken off calendar.

Dated: April 21, 2008

_____
The Honorable Valerie Baker Fairbank

13008.1

[PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE